UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KIM MORTIMER,<br><br>                      Plaintiff,<br><br>    -against-<br><br>SCOTT GRODSKY, et al.,<br><br>                      Defendants. | 1:20-CV-8192 (LLS)<br><br>CIVIL JUDGMENT |

      Pursuant to the order issued November 13, 2020, dismissing this action,

      IT IS ORDERED, ADJUDGED AND DECREED that this action is dismissed. The Court dismisses Plaintiff's claims that she brings on behalf of 60 91st Street Corporation, including her claims against Defendant Sorvino, without prejudice. The Court also dismisses Plaintiff's claims in which she challenges the sanctions issued against her by the Bankruptcy Court without prejudice to her pending appeal of those sanctions in *In re: 60 91st Street Corp.*, 1:20-CV-7654 (S.D.N.Y.). The Court further dismisses Plaintiff's remaining claims under federal law for failure to state a claim on which relief may granted. 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to consider Plaintiff's claims under state law. 28 U.S.C. § 1367(c)(3).

      IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   November 13, 2020
             New York, New York

                                                                    *Louis L. Stanton*
                                                                     Louis L. Stanton
                                                                         U.S.D.J.